**Malcolm J. CLARK, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70163.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 5, 1997.

Judy A. McKinsey, Frank A. Anzalone, Anzalone & Fiser, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD, and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Malcolm J. Clark, III, appeals the judgment of the Circuit Court of St. Louis County denying his Rule 29.15 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our decision.